1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                       UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: C08-0029 MMC
   | OPERATING ENGNEERS HEALTH AND
13 | WELFARE TRUST FUND FOR NORTHERN | **PROOF OF SERVICE ON SUMMONS**
   | CALIFORNIA, et al.

14        Plaintiffs,

15 v.

16 CENTER LINE LAND SURVEYING, INC., a
   California Corporation,
17
          Defendant.
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                                                        -1-
                                              **PROOF OF SERVICE ON SUMMONS**
                                              **Case No.: C08-0029 MMC**

P:\CLIENTS\OE3CL\Center Line Land Surveying\Pleadings\C08-0029 MMC POS On Summons 012208.DOC

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | (415) 882-7900 |
| ATTORNEY FOR **PLAINTIFFS** | |

**COURT**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SHORT NAME OF CASE**
Operating Engineers v. Center Line Land Surveying, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-0029 mmc |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

**Name: Center Line Land Surveying, Inc.**

**Date of Delivery:** January 10, 2008
**Time of Delivery:** 3:59 p.m.

**Place of Service:** 3361 Walnut Blvd,
Brentwood, Ca 94513

**Manner of Service:** Substituted Service - by personally delivering copies to Steve Hunn, the person apparently in charge of office at Center Line Land Surveying, Inc.

Fee for Service:

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: January 10, 2008
at: Brentwood, California

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco County #727

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

**PROOF OF SERVICE**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR **PLAINTIFFS** | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>Operating Engineers v. Center Line Land Surveying, Inc. | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-0029 mmc |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

**Name: Center Line Land Surveying, Inc.**

**Date of Delivery:** January 10, 2008
**Time of Delivery:** 3:59 p.m.

**Place of Service:** 3361 Walnut Blvd,
Brentwood, Ca 94513

**Manner of Service:** By Mail – By mailing to Center Line Land Surveying, 3361 Walnut Blvd, Brentwood, Ca 94513
**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: January 16, 2008
at: Brentwood, California

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco County #727

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

# PROOF OF SERVICE