IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

  v.

CENTER LINE LAND SURVEYING, INC.,

    Defendant

                                 /

No. C-08-0029 MMC

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

On January 23, 2008, defendant notified the Court that the above-titled action has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by defendant in the United States Bankruptcy Court for the Northern District of California.

Accordingly, this case is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: January 24, 2008

MAXINE M. CHESNEY
United States District Judge